# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK LIPSEY,<br><br>        Plaintiff,<br><br>   v.<br><br>REAUME, et al.,<br><br>        Defendants. | Case No. CV 08-7515-DOC (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

      **IT IS HEREBY ORDERED** that Defendants' unenumerated Rule 12(b) Motion to Dismiss be granted and that judgment be entered dismissing the action with prejudice.

DATED: August 25, 2010

                                                                  /s/ David O. Carter
                                                         DAVID O. CARTER
                                          UNITED STATES DISTRICT JUDGE