# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK LIPSEY,<br><br>    Plaintiff,<br><br> v.<br><br>REAUME, et al.,<br><br>    Defendants. | Case No. CV 08-7515-DOC (JEM)<br><br>**JUDGMENT** |

  In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

  **IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

DATED: August 25, 2010

                    *David O. Carter*
                    DAVID O. CARTER
                 UNITED STATES DISTRICT JUDGE